830

No. 247. MILLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Daniel P. Reardon, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 252. DEJORIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Leonard Fleet* and *Julius L. Goldstein* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Gilbert E. Andrews* for the United States.

No. 253. PHILLIPS ET UX. *v.* LATHAM. Ct. Civ. App. Tex., 11th Sup. Jud. Dist. Certiorari denied. *Fred S. Abney* for petitioners.

No. 254. ACUFF *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Howard G. Swafford* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 255. WAX *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied. *Charles A. Bellows* for petitioner.

No. 257. GENERAL METAL PRODUCTS CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Carroll C. Gilpin* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 262. WILSON *v.* CITY OF PORT LAVACA, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied. *Willett Wilson* for petitioner.